Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC, a New York Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>CELEBRITY TALENT INTERNATIONAL, LLC, a Nevada Limited Liability Company; and DOES 1-10,<br><br>Defendants. | Case No.<br><br>COMPLAINT FOR COPYRIGHT INFRINGEMENT<br><br>**Jury Trial Demanded** |

Plaintiff August Image, LLC hereby prays to this Court for relief based on the following:

## JURISDICTION AND VENUE

1.     This action arises under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq.*

2.     This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a)-(b).

3.      Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) because this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4.      August is a New York limited liability company with its principal place of business located in New York, NY. August, a full-service rights managed collection, represents an elite group of portrait, lifestyle, beauty, and fashion photographers for editorial and commercial licensing. As the exclusive licensing agent for the photographs at issue in this case, August is entitled to institute and maintain this action under 17 U.S.C. § 501(b).

5.      Upon information and belief, Defendant Celebrity Talent International, Inc. ("CTI") is a Nevada limited liability company with principal places of business located at 1935 Camino Vida Roble, Suite 230, Carlsbad, CA 92008; and/or 3651 Lindell Road, Suite D423A, Las Vegas, NV 89103. CTI owns, operates, and/or controls the commercial website celebritytalent.net and its related/affiliated subdomains, mobile websites, social media pages, and applications (collectively, "Defendants' Website"). The terms and conditions of service of Defendants' Website are construed under the laws of California.

6.      Upon information and belief, Defendants Does 1-10, are other parties not yet identified who have infringed the asserted copyrights, have contributed to the infringement of those copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual, or otherwise, of Doe Defendants are presently unknown to August, which therefore sues said Doe Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when the same have been ascertained.

7.      Upon information and belief, each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the

other Defendants, and was at all times acting within the scope of such agency, affiliation, alter-ego relationship, and/or employment; and actively participated in, subsequently ratified, and/or adopted each of the acts or conduct alleged, with full knowledge of each violation of August's rights and the damages to August's proximately caused thereby.

### CTI'S UNAUTHORIZED USES OF THE SUBJECT PHOTOGRAPHS

8.     August is, and at all relevant times has been, the exclusive licensing agent for 11 original photographs registered with the U.S. Copyright Office (collectively, the "Subject Photographs"). Accordingly, August has standing to maintain this action under 17 U.S.C. § 501(b).

9.     Following the publication and display of the Subject Photographs, Defendants, and each of them, copied, displayed, reproduced, and/or distributed the Subject Photographs on Defendants' Website without a license, authorization, or consent from August.

| SUBJECT PHOTOGRAPH | UNAUTHORIZED COPY |
|---|---|
| AU11079606 | https://www.celebritytalent.net/sampletalent/16110/claudia-o'doherty/ |



| SUBJECT PHOTOGRAPH | UNAUTHORIZED COPY |
|---|---|
| AU11429657  | https://www.celebritytalent.net/sampletalent/15188/meghann-fahy/  |
| AU1179968  | https://www.celebritytalent.net/sampletalent/12580/idris-elba/  |

| SUBJECT PHOTOGRAPH | UNAUTHORIZED COPY |
|---|---|
| AU1459095 | https://www.celebritytalent.net/sampletalent/12786/george-r.-r.-martin/ |
|  |  |
| AU1665076 | https://www.celebritytalent.net/sampletalent/16228/melissa-mccarthy/ |
|  |  |

COMPLAINT

| SUBJECT PHOTOGRAPH | UNAUTHORIZED COPY |
|---|---|
| AU1993834  | https://www.celebritytalent.net/sampletalent/12613/ben-mckenzie/  |
| AU2317995  | https://www.celebritytalent.net/sampletalent/3484/kate-winslet/  |

| SUBJECT PHOTOGRAPH | UNAUTHORIZED COPY |
|---|---|
| AU11116554 | https://www.celebritytalent.net/sampletalent/12638/father-john-misty/ |
|  |  |
| AU11226307 | https://www.celebritytalent.net/sampletalent/16083/brendan-fraser/ |
|  |  |

COMPLAINT



| SUBJECT PHOTOGRAPH | UNAUTHORIZED COPY |
|---|---|
| AU11230315  | https://www.celebritytalent.net/sampletalent/2109/anthony-hopkins  |
| AU1210285  | https://www.celebritytalent.net/sampletalent/13405/steven-r.-mcqueen/  |

COMPLAINT

10.    To the extent Defendants exploited the Subject Photographs on Defendants' Website more than three years before the filing of this case, August did not know, and had no reason to know, of such exploitation(s).

## FIRST CLAIM FOR RELIEF

### (For Copyright Infringement – Against All Defendants)

11.    August incorporates by reference the allegations contained in the preceding paragraphs.

12.    Upon information and belief, Defendants, and each of them, accessed the Subject Photographs by, among other things, viewing the Subject Photographs at August's and/or the relevant photographers' website(s), profiles, exhibitions, and/or social media pages; through third-party publications, websites, or Internet search engines; and/or because the above-referenced unauthorized copies are strikingly similar to the Subject Photographs.

13.    Upon information and belief, Defendants, and each of them, displayed, reproduced, and/or distributed copies of the Subject Photographs for commercial purposes on Defendants' Website without a license, authorization, or consent from August.

14.    Due to Defendants' acts of copyright infringement, August has suffered damages in an amount to be established at trial.

15.    Due to Defendants' acts of copyright infringement, Defendants, and each of them, have obtained profits they would not have realized but for their infringement of the copyrights in the Subject Photographs. As such, August is entitled to disgorgement of Defendants' profits attributable to Defendants' infringement of the copyrights in the Subject Photographs in an amount to be established at trial.

16.    Upon information and belief, Defendants, and each of them, infringed the copyrights in the Subject Photographs willfully, with reckless disregard, or with willful blindness.

COMPLAINT

## **PRAYER FOR RELIEF**

Wherefore, August prays for judgment as follows:

a. That Defendants, each of them, their respective agents, and anyone working in concert with Defendants' and/or their agents, be enjoined from copying, storing, displaying, reproducing, distributing, and/or otherwise exploiting the Subject Photographs without a license, authorization, or consent from Plaintiff in a manner that infringes the copyrights in the Subject Photographs;

b. That Plaintiff be awarded all Defendants' profits, and all Plaintiff's losses, attributable to Defendants' infringement, the exact sum to be proven at the time of trial; or alternatively, if elected, statutory damages as available under 17 U.S.C. § 504;

c. That Plaintiff be awarded its costs and fees as available under 17 U.S.C. § 505;

d. That Plaintiff be awarded pre-judgment interest as allowed by law;

e. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

## **JURY DEMAND**

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Respectfully submitted,

Dated: April 24, 2025            By:     /s/ *Stephen M. Doniger*
Stephen M. Doniger, Esq.
Benjamin F. Tookey, Esq.
DONIGER/BURROUGHS
*Attorneys for Plaintiff*