1  Ryan Gile, Esq.
   California Bar No. 192802
2  *rg@gilelawgroup.com*
   **Gile Law Group Ltd**.
3  1180 N. Town Center Drive, Suite 100
   Las Vegas, NV 89144
4  Tel. (702) 703-7288

5  *Attorneys for Defendant Celebrity Talent International, LLC*

6

7                     **UNITED STATES DISTRICT COURT**

8                     **CENTRAL DISTRICT OF CALIFORNIA**

9  | AUGUST IMAGE, LLC, a New York Limited Liability Company, | **Case No.: 2:25-cv-03652 MCS (PVCx)** |
   |---|---|
   |        Plaintiff, | Stipulation to Extend Time to Respond to Initial Complaint By Not More than 30 days (L.R. 8-3) |
   | v. | |
   | CELEBRITY TALENT INTERNATIONAL, LLC, a Nevada Limited Liability Company; and DOES 1-10, | Complaint served: June 11, 2025<br>Current response date: July 2, 2025<br>New response date: July 23, 2025 |
   |        Defendants. | |

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Defendant Celebrity Talent International, LLC to appear, answer, move or otherwise respond to the Complaint in the above proceeding shall be extended to and including July 23, 2025.

/ / /

/ / /

/ / /

-1-
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS

DATED: June 30, 2025

By:   */s/ Ryan Gile*[1]
Ryan Gile, Esq. (State Bar No. 192802)
rg@gilelawgroup.com
**Gile Law Group Ltd.**
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Telephone: (702) 703-7288
*Attorneys for Celebrity Talent International, LLC*

*/s/ Stephen M. Doniger*
Stephen M. Doniger, Esq. (State Bar No. 179314)
Benjamin F. Tookey, Esq. (State Bar No. 330508)
**DONIGER / BURROUGHS**
603 Rose Avenue
Venice, CA 90291
Telephone: (310) 590-1820
*Attorneys for August Image, LLC*

---

[1] I, Ryan Gile, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing pursuant to L.R. 5-4.3.4(a)(2).

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF to all participants in the case who are registered CM/ECF users.

/s/ Ryan Gile
Employee, Gile Law Group Ltd.