UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-03652-MCS-PVC | Date | July 29, 2025 |
| Title | *August Image, LLC v. Celebrity Talent International, LLC* | | |

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present                            None Present

**Proceedings:** (IN CHAMBERS) ORDER RE: MOTION TO DISMISS (ECF NO. 16)

Defendant Celebrity Talent International, LLC, filed a motion to dismiss Plaintiff August Image, LLC's complaint. (Mot., ECF No. 16.) Plaintiff filed an opposition brief. (Opp'n, ECF No. 17.) The Court deems the motion appropriate for decision without oral argument or further briefing. Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15.

The motion is denied for failure to comply with local rules. Local Rule 6-1 requires parties to file a notice of motion not later than 28 days before the date set for hearing. Here, Defendant set the motion to be heard 27 days from its filing. The motion is therefore procedurally deficient.

Plaintiff represents that it intends to amend its complaint on or before August 12, 2025. (Opp'n 2.) Therefore, absent amendment, the Court orders Defendant to respond to Plaintiff's original complaint by August 13, 2025.

**IT IS SO ORDERED.**