Ryan Gile, Esq.
California Bar No. 192802
rg@gilelawgroup.com
**Gile Law Group Ltd**.
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Tel. (702) 703-7288

*Attorneys for Defendant Celebrity Talent International, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC, a New York Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>CELEBRITY TALENT INTERNATIONAL, LLC, a Nevada Limited Liability Company; and DOES 1-10,<br><br>Defendants. | Case No.:  2:25-cv-03652 MCS (PVCx)<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE, OR ALTERNATIVELY, TRANSFER TO THE DISTRICT OF NEVADA**<br><br>Judge: Mark C. Scarsi<br>Hearing Date: September 15, 2025<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD.**

PLEASE TAKE NOTICE that on September 15, 2025, or as soon thereafter as the matter may be heard, before the Honorable Mark C. Scarsi of the United States District Court for the Southern District of California, located at First Street Courthouse, 350 W. 1st Street, 7th Floor, Los Angeles, California 90012, in courtroom 7C, Defendant Celebrity Talent International, LLC ("CTI" or "Defendant") moves this Court to dismiss Plaintiff August Image, LLC's complaint for lack of personal jurisdiction and improper venue, or in the alternative, transfer this action to the United States District Court for the District of Nevada.

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

1  This Motion is made pursuant to Rule 12(b)(2) on the basis that this Court lacks both general and specific personal jurisdiction over Defendant and Rule 12(b)(3) on the basis that venue is improper. CTI is a Nevada limited liability company with its principal place of business in Nevada. Defendant has no contacts with California specific to the copyright infringement claims that Plaintiff alleges such that the exercise of personal jurisdiction over Defendant in California would be constitutionally reasonable. The focal point of the alleged claims is not in California. In the alternative, the Court should transfer this to the United States District Court for the District of Nevada pursuant to 28 U.S.C. § 1404(a).

This Motion is made following the conference of counsel that took place on July 15, 2025.

Defendant previously brought this same Motion to Dismiss on July 22, 2025 (ECF No. 16). On July 28, 2025, Plaintiff opposed Defendant's Motion, in part, based on representations to the Court that it would be amending its complaint on or before August 12, 2025 (ECF No. 17 at 2). On July 29, 2025, the Court denied Defendant's Motion, and in the Court's Minute Order stated that "absent amendment, the Court orders Defendant to respond to Plaintiff's original complaint by August 13, 2025." (ECF No. 18). Despite Plaintiffs representations, no amended complaint was filed by Plaintiff by August 12, 2025. Accordingly, Plaintiff brings this Motion to Dismiss once again in response to Plaintiff's original complaint.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

This Motion is based on this Notice, the accompanying memorandum of points and authorities, the Declaration of Glenn Richardson ("Richardson Dec."), the papers, records and pleadings on file in this case, and such oral argument as the Court may entertain.

DATED: August 13, 2025

By:    */s/ Ryan Gile*
Ryan Gile, Esq. (State Bar No. 192802)
rg@gilelawgroup.com
**Gile Law Group Ltd.**
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Telephone: (702) 703-7288
*Attorneys for Celebrity Talent International, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF to all participants in the case who are registered CM/ECF users.

                              */s/ Ryan Gile*
                              Employee, Gile Law Group Ltd.

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION