Ryan Gile, Esq.
California Bar No. 192802
rg@gilelawgroup.com
**Gile Law Group Ltd**.
1140 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Tel. (702) 703-7288

*Attorneys for Defendants Celebrity Talent International, LLC (Nevada) and Glenn Richardson*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC, a New York Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>CELEBRITY TALENT INTERNATIONAL, LLC, a California Limited Liability Company; CELEBRITY TALENT INTERNATIONAL, LLC, a Nevada Limited Liability Company; GLENN RICHARDSON, an individual; and DOES 1-10,<br><br>Defendants. | **Case No.: 2:25-cv-03652 MCS (PVCx)**<br><br>**DECLARATION OF GLENN RICHARDSON IN SUPPORT OF DEFENDANTS CELEBRITY TALENT INTERNATIONAL, LLC'S (NEVADA) AND GLENN RICHARDSON'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE, OR ALTERNATIVELY TO TRANSFER VENUE**<br><br>Judge: Mark C. Scarsi<br>Hearing Date: November 3, 2025<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

I, Glenn Richardson declare as follows:

1. I am over the age of 18 and I am the Chief Executive Officer of Celebrity Talent International, LLC. ("CTI"), the named defendant in this lawsuit. I submit this Declaration in support of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or, in the Alternative, Transfer Venue.

2. CTI is a talent booking broker and celebrity event consultant located in Las Vegas, Nevada.

DECLARATION OF GLENN RICHARDSON

3.     As a "buyer-oriented" company, CTI assists companies and individuals throughout the United States and the world in finding a suitable performer for their event, negotiating a contract with the performer, and ensuring that everything runs smoothly.

4.     Parties looking for a performer can search via CTI's website for potential performers based on such criteria as price range, categories (athletes, actors, motivational speakers, etc.), and topics.

5.     CTI relies on its substantial experience in the talent booking industry and its extensive history working with a large number of talent representatives to provide the best experience and lowest talent fees for its clients, but does not directly represent performers and does not itself enter into contracts with performers; rather, it simply assists clients in negotiating contracts between the client and the performer.

6.     CTI does not, however, have a principal place of business or any presence at 1935 Camino Vida Roble, Suite 230, Carlsbad, California.

7.     I previously lived in California and operated a separate California limited liability company with the same name at that location, but I moved to Nevada in May 2019.

8.     Since I moved to Nevada, the California LLC has been inactive and is currently suspended by both the California Franchise Tax Board and the California Secretary of State.

9.     The Nevada LLC was organized under the laws of the State of Nevada in 2019 and has maintained its principal place of business in Las Vegas, Nevada since that time.

10.    I am a resident of Nevada as are all of the key employees of CTI who would have knowledge of the facts relevant to this action.

11.    CTI's website located at celebritytalent.net is maintained by CTI at its principal place of business in Nevada.

12.    Both the California LLC that I previously operated and the Nevada LLC that I currently operate were and are legitimate limited liability companies properly organized under the laws of California and Nevada, respectively, and not merely alter egos or fictitious business names.

1  I declare the foregoing to be true and correct under penalty of perjury under the laws
2  of the United States of America and the State of Nevada.

4  Executed on September 16, 2025, in Las Vegas, Nevada.

*Glenn Richardson*
Glenn Richardson

DECLARATION OF GLENN RICHARDSON