Ryan Gile, Esq.
California Bar No. 192802
rg@gilelawgroup.com
**Gile Law Group Ltd**.
1140 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Tel. (702) 703-7288

*Attorneys for Defendants Celebrity Talent International, LLC and Glenn Richardson*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC, a New York Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>CELEBRITY TALENT INTERNATIONAL, LLC, a California Limited Liability Company; CELEBRITY TALENT INTERNATIONAL, LLC, a Nevada Limited Liability Company; GLENN RICHARDSON, an individual; and DOES 1-10,<br><br>Defendants. | Case No.: 2:25-cv-03652 MCS (PVCx)<br><br>**DECLARATION OF GLENN RICHARDSON IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE, OR, ALTERNATIVELY TO TRANSFER VENUE**<br><br>Judge: Mark C. Scarsi<br>Hearing Date: November 3, 2025<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

I, Glenn Richardson declare as follows:

1. I am over the age of 18 and I am the Chief Executive Officer of Celebrity Talent International, LLC, a Nevada limited liability company ("CTI"), the named defendant in this lawsuit. I am also personally named as a Defendant. I submit this Declaration in support of Defendants' Reply in support of Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or, Alternatively, to Transfer Venue.

2. CTI is a talent booking broker and celebrity event consultant located in Las Vegas, Nevada.

3. CTI's website at celebritytalent.net provides information to visitors of the website, including names, photos, and bios of potential celebrities for personal appearances, an estimate of the costs associated with hiring various celebrities, and detailed information about how CTI operates. Attached as **Exhibit A** to this Declaration is a true and correct copy of the home page of CTI's website.

4. Any visitors to the website who are interested in hiring CTI can then enter contact information that is forwarded to CTI, making the contact form on the website functionally equivalent to sending an email or placing a phone call to CTI.

5. Information submitted via the website is vetted for spam, and CTI follows-up via email.

6. If the customer wishes to proceed, he or she signs a contract with CTI and pays CTI a finder's fee, at which point CTI simply introduces the customer to the celebrity's agent or manager.

7. CTI has no further involvement after that point – the customer contracts directly with the celebrity's representative. In effect, CTI is just a middleman between customers looking for a celebrity and the agents or managers who represent the celebrity.

8. No commercial activity takes place via the website itself. The website exists simply to provide potential customers with information and provide a means for the customer to contact CTI to potentially engage CTI's services.

9. All subsequent communication between CTI and the customer occur via email or telephone.

10. The website references large cities throughout the United States (including some in California) primarily because those are the major convention cities where convention organizers are often looking for talent and might reach out to CTI.

11. CTI uses the website to advertise its services of matching (for a fee) customers looking for a celebrity with celebrity agents and managers. CTI is itself located in Nevada and the potential customers can be located anywhere throughout the United States or the even the world.

1   12.   I am currently 73 years old.  In June 2015, I sustained severe head and body injuries when a large truss holding a temporary sign at the Mandalay Bay collapsed onto me. As a result, it is very difficult for me to travel, and I have rarely traveled outside of Nevada since moving here in 2019.

The foregoing is true and correct under penalty of perjury pursuant to the laws of the United States of America.

Executed on October 6, 2025, in Las Vegas, Nevada.

*Glenn Richardson*
Glenn Richardson

# EXHIBIT A

# EXHIBIT A



Celebrity Booking Agency - Hire Corporate Entertainment, Professional Speakers, and Top Performers for your Event with Celebrity Talent International
https://www.celebritytalent.net/
Captured by FireShot Pro: October 04, 2025 at 21:17:32



## Professional Talent For Any Event

CTI is your Celebrity Resource for Booking Corporate Entertainment, Top Performers, Major Comedians and Keynote Speakers. We offer a vast selection of talent for all types of corporate events, business summits, private parties, and music venues.

Name or Act...

Search Library

## Celebrity Talent Library

Build a tailored list of talent specific on your needs, choosing from a pool of over 13000 profiles. Select a type of celebrity or act that your event requires, then choose the minimum and maximum budget you have to work with.

Actors    Performers    Speakers    Sports

**American Cancer Society booked Dwight Yoakam**
*All was GREAT!! (We) got to spend some time with Dwight in his bus and he was really great to talk to and very generous.*

Read Our Reviews »

## Why Choose CTI?

Our agency's focus is booking the best celebrity performers and guest speakers for corporate events, businesses, organizations, and private parties. We work hard to ensure the talent you buy will be the right fit for producing a successful corporate event, gala, business summit, festival, or private party!

Because of almost 30 years of booking talent and running one of the most popular celebrity booking websites, working with CTI as your talent booking agency can help your business increase interest, participation, garner more sponsorship opportunities, all while saving money.

Booking celebrity performers, hiring professional speakers, or contracting sports figures and professional athletes with us, who know and trust our brand, will more likely confirm your event because they are used to working as corporate entertainers or private party talent for the booking opportunities we present them.

 **Our industry knowledge and connections**
After 25 years of doing celebrity bookings, there are key options and elements that we can ask for, to help you and to save on buying costs when it comes time to hire a celebrity. This booking agency regularly gets talent travel fees reduced, by often negotiating with the celebrity, professional speaker, or performance act to provide some technical items on their own. Corporate entertainment events are especially attractive to top performance acts, comedians, and speakers because they are more reliable and safer to work.

 **Volume buying and industry pricing**
We hire top professional speakers and celebrity performers for hundreds of corporate, tradeshow, private party, music venue, and fair or festival bookings each year; this will benefit you as we are able to get industry pricing as a volume celebrity buyer. In comparison, higher fees are often quoted for buyers not in our industry when directly contacting celebrity reps for corporate events, galas, and fundraisers; but CTI will negotiate the lowest fee that you can hire a celebrity, performer, comedian, and professional speaker for booking celebrity appearances.

 **Faster Confirmations**
When we present your event to the talent, as a pre-qualified client, the celebrity and managers will respond immediately if they can do our offers. Talent reps know we have serious event buyers that want to hire a celebrity, book a speaker, or contract major performers - they always take our calls or immediately get back to us. Celebrity performers and their assistants will quickly review and accept an offer faster for CTI, since they have often worked with us before.

### Browse Library

Actors

Top Performers

Professional Speakers

Sports

Rising Performers

Rising Speakers

Customize By Budget

A thru Z

Celebrity Booking Agency - Hire Corporate Entertainment, Professional Speakers, and Top Performers for your Event with Celebrity Talent International
https://www.celebritytalent.net/
Captured by FireShot Pro: October 04, 2025 at 21:17:32

CTI as your Celebrity Booking Agency
»








**CTI**
- Home
- About Us
- Reviews
- Request Info
- Contact Us
- Featured Talent

**Booking Celebrities**
- Talent Library
- Corporate Events
- Fundraisers
- Concerts & Music Venues
- The Process
- Talent Buying Guide

**Performers**
- Alternative
- American Idol
- DJ / EDM
- Folk
- Rock

**Speakers**
- Business
- Health-Wellness
- Motivational-Leadership
- Politics-Government
- Social Issues

**Social**
- Facebook
- LinkedIn
- Twitter

**Translate**
Select Language

© 1999-2025 - Celebrity Talent International. All Rights Reserved Where Applicable. Privacy Policy | Cookie Policy | TOS | Do not sell my personal information