Ryan Gile, Esq.
California Bar No. 192802
*rg@gilelawgroup.com*
**Gile Law Group Ltd**.
1140 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Tel. (702) 703-7288

*Attorneys for Defendants*
*Celebrity Talent International, LLC (Nevada) and Glenn Richardson*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC, a New York Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>CELEBRITY TALENT INTERNATIONAL, LLC, a California Limited Liability Company; CELEBRITY TALENT INTERNATIONAL, LLC, a Nevada Limited Liability Company; GLENN RICHARDSON, an individual; and DOES 1-10,<br><br>Defendants. | Case No.: 2:25-cv-03652 MCS (PVCx)<br><br>**DECLARATION OF GLENN RICHARDSON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE, OR ALTERNATIVELY TO TRANSFER VENUE**<br><br>Judge: Mark C. Scarsi<br>Hearing Date: February 2, 2026<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

I, Glenn Richardson declare as follows:

1. I am over the age of 18 and I am the Chief Executive Officer of Celebrity Talent International, LLC. ("CTI"), the named defendant in this lawsuit. I submit this Declaration in support of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or, in the Alternative, Transfer Venue.

2. CTI is a talent booking broker and celebrity event consultant located in Las Vegas, Nevada.

///

3. CTI assists companies and individuals throughout the United States and the world in finding a suitable performer for their event, negotiating a contract with the performer, and ensuring that everything runs smoothly.

4. Parties looking for a performer can search via CTI's website for potential performers based on such criteria as price range, categories (athletes, actors, motivational speakers, etc.), and topics.

5. CTI relies on its substantial experience in the talent booking industry and its extensive history working with a large number of talent representatives to provide the best experience and lowest talent fees for its clients, but does not directly represent performers and does not itself enter into contracts with performers; rather it simply assists clients in negotiating contracts between the client and the performer.

6. Occasionally, CTI's employees attend events at the request of the client to make sure everything operates smoothly.

7. Many of CTI's clients are organizations that hold conferences or other events throughout the United States, and CTI employees have occasionally (but not regularly) attended events that happened to occur in California at the request of the client.

8. I previously operated a separate California limited liability company with the same name, but that California LLC has been inactive since I moved to Nevada in 2019 and established the Nevada LLC that has maintained its principal place of business in Las Vegas, Nevada since that time.

9. Neither the inactive California LLC nor the active Nevada LLC are merely fictitious business names used; instead, they are separate, legitimate limited liability companies duly organized under the laws of California and Nevada, respectively.

10. Since I moved to Nevada, the California LLC has been inactive and is currently suspended by both the California Franchise Tax Board and the California Secretary of State.

11. The Nevada LLC does not have and has never had any offices or other physical presence in California.

12. All of the officers and key employees of CTI who would have knowledge of the facts relevant to this action are residents of Nevada.

13. There is an individual resident of California named Tommy Lambert who worked as a talent agent for the California LLC and whose LinkedIn page still shows him as working for CTI; however, he has not worked for CTI for over six and half years and he never worked for the Nevada LLC.

14. There is a CTI sales executive named Jason Richardson whose LinkedIn profile shows him as living in California, but he has in fact lived in Las Vegas for the past five years and has just not updated his profile.

15. CTI does have a single employee, a Vice President of Sales and Marketing, who works remotely from his personal residence in California, but who was not responsible for maintaining the website at issue in this case.

16. The website at issue in this case has been maintained since 2019 by CTI at its principal place of business in Nevada.

17. CTI's website provides names, photos, and bios of potential celebrities for personal appearances, estimates of the associated costs, and information about how CTI operates

18. Interested customers can then provide contact information to CTI, making the contact form on the website functionally equivalent to sending an email or placing a phone call to CTI.

19. No commercial activity takes place via the website itself, but it exists simply to provide information and a means for the customer to contact CTI.

20. All subsequent communication between CTI and the customer occur via email or telephone.

21. I do not personally maintain CTI's website or social media pages and did not personally upload any of the allegedly infringing photos to CTI's website.

/ / /

/ / /

22. CTI serves major convention cities throughout the United States (including some in California) where organizers are often looking for talent and might reach out to CTI.

23. CTI is itself located in Nevada and the potential customers can be located anywhere throughout the United States or even the world. Some of CTI's customers are event organizers and those customers may themselves not be located in California even if they are organizing events in California.

24. CTI occasionally appears in person at events but not regularly and not at all events.

I declare the foregoing to be true and correct under penalty of perjury under the laws of the United States of America.

Executed on December 18, 2025, in Las Vegas, Nevada.

*Glenn Richardson*
Glenn Richardson