Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CELEBRITY TALENT INTERNATIONAL, LLC, a California Limited Liability Company; CELEBRITY TALENT INTERNATIONAL, LLC; GLENN RICHARDSON; and DOES 1-10,<br><br>Defendants. | Case No. 2:25-cv-03652-MCS-PVC<br><br>**NOTICE OF DISMISSAL** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff August Image, LLC hereby dismisses Defendant Celebrity Talent International, LLC, a California Limited Liability Company, from this action *without prejudice* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

Dated: February 27, 2026    By:   */s/ Benjamin F. Tookey*
Stephen M. Doniger, Esq
Benjamin F. Tookey, Esq.
DONIGER / BURROUGHS
*Attorneys for Plaintiff*